1  McGREGOR W. SCOTT
   United States Attorney
2  COURTNEY J. LINN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone No. (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   CIV-S-03-0937 FCD PAN
                                  )
12              Plaintiff,        )   EX PARTE APPLICATION FOR
                                  )   ORDER SETTING STATUS
13      v.                        )   (PRETRIAL SCHEDULING)
                                  )   CONFERENCE AND ORDER
14 REAL PROPERTY LOCATED AT 2530  )
   ROGUE RIVER DRIVE, SACRAMENTO  )
15 COUNTY, SACRAMENTO,            )
   CALIFORNIA, APN: 075-0133-     )
16 006-0000, INCLUDING ALL        )
   APPURTENANCES AND              )
17 IMPROVEMENTS THERETO,          )
                                  )
18              Defendant.        )
   _____)
19                                )
   CHASE MANHATTAN MORTGAGE       )
20 CORPORATION,                   )
                                  )
21              Claimant,         )
                                  )
22 WAFA BENKHADRA,                )
   HAIFAA BENKHADRA, and          )
23 JAMAL BENKHADRA,               )
                                  )
24              Claimants.        )
   _____)
25

26

27

28

1    Plaintiff, the United States of America, through its
2 attorney, Courtney J. Linn, applies ex parte for an order setting
3 a Status (pretrial scheduling) Conference.  The matter had been
4 previously set for a Status Conference before Judge Levi, but
5 that conference was vacated when the case was reassigned to Judge
6 Damrell by order dated January 6, 2005.

7

8 Dated: 4/14/05                McGREGOR W. SCOTT
                                United States Attorney
9
                                /s/ Courtney J. Linn
10                              _____
                                COURTNEY J. LINN
11                              Assistant U.S. Attorney

12

13                               ORDER

14    A Status (pretrial scheduling) Conference is hereby set in
15 this matter for May 27, 2005, at 10:00 a.m.  At least seven
16 calendar days prior to that date, each party to this action shall
17 submit a separate status report.
18     IT IS SO ORDERED.
19 DATED: April 18, 2005         /s/ Frank C. Damrell Jr.
                                 FRANK C. DAMRELL, JR.
20                               UNITED STATES DISTRICT JUDGE

21
22
23
24
25
26
27
28                                 2